**2002–1756. State ex rel. Huffman v. Cox.**

In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *12/03/2002 Case Announcements,* 2002-Ohio-6539.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 3, 2002*

## DISCIPLINARY CASES

**2000–2281. Disciplinary Counsel v. Lawlor.**

This matter came on for further consideration upon the filing on November 6, 2002, by respondent, Patrick M. Lawlor, Attorney Registration No. 0041717, of a motion for leave to purge contempt. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and hereby is, granted, and that respondent be purged of contempt in this matter.

**2002–0336. In re Resignation of Cartellone.**

IT IS ORDERED by this court, sua sponte, that John Joseph Cartellone, Attorney Registration No. 0017620, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of August 15, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before September 16, 2002.

## MISCELLANEOUS DISMISSALS

**2002–1381. State ex rel. Walters v. Indus. Comm.**

Franklin App. No. 01AP–1043, 2002-Ohio-3236. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1877. State ex rel. Wheeling–Pittsburgh Steel Corp. v. Indus. Comm.**

Franklin App. No. 01AP–1285, 2002-Ohio-4854.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1580. State ex rel. Daniels v. Indus. Comm.**

Franklin App. No. 01AP–1441, 2002-Ohio-3857.

**2002–1627. State ex rel. Ignatious v. Indus. Comm.**

Franklin App. No. 01AP–982, 2002-Ohio-4014.